UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
SHLOMA SANDEL,

Plaintiff,

-against-

M&T BANK CORPORATION,

Defendant.
-----------------------------------------------------x

**ORDER**

26 Civ. 3967 (NSR)(JCM)

On September 18, 2026, the Honorable Nelson S. Roman referred the instant matter to the undersigned. (Docket No. 12). Thereafter, the Court scheduled three status conferences for September 30, 2026, October 16, 2026 and November 13, 2026. Plaintiff did not appear at any of the conferences, (*See* September 30, 2026 Minute Entry, October 16, 2026 Minute Entry and November 13, 2026 Minute Entry), nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conferences.

The Court has scheduled another Telephone Conference for December 11, 2026 at 10:00 a.m. Participants shall call 855-244-8681 and enter access code 1800490580 at the time of the conference.

Plaintiff is reminded of his affirmative duty to diligently prosecute this action under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's failure to pursue his case may result in dismissal of his case for failure to prosecute. *See Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014) ("Rule 41(b) of the Federal Rules of Civil Procedure authorizes the district court to dismiss an action '[i]f the plaintiff fails to prosecute or to comply with [the] rules or a court

order.'") (quoting Fed. R. Civ. P. 41(b)).

Dated: November 13, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge